UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYTHAN MICHAEL JONES SLAISE,<br><br>Plaintiff,<br><br>v.<br><br>NICOLE A. SILVEIRA, et al.,<br><br>Defendants. | 1:23-cv-00650 HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. No. 4)<br><br>ORDER DIRECTING INITIAL AND SUBSEQUENT PAYMENTS OF FILING FEE BY THE JOHN LATORRACA CORRECTIONAL FACILITY |

Plaintiff, a prisoner, initiated this action on January 18, 2023, by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1, Complaint). Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint (Doc. No. 4) and submitted a copy of his prison trust fund statement and/or certification from prison officials in support. (Doc. No. 2). Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full $350.00 statutory filing fees as set forth in 28 U.S.C. § 1915. **Pursuant to § 1915(b)(1)(A), Plaintiff is obligated to make an initial payment of $7.00[1] (20% of the**

---
[1] The statute requires an initial filing fee of 20% of the greater of the six-months average monthly deposits or average monthly balance. 28 U.S.C. § 1915(b)(1)(A), (B). Plaintiff averaged monthly deposits of $35.00 over the relevant six-month period. (Doc. No. 4 at 2).

1

**average 6-month deposits to the prisoner's account).** Thereafter, Plaintiff must make monthly payments of 20% of the preceding month's income credited to his trust account. The John Latorraca Correctional Facility is required to send the initial $7.00 payment to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in his account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 4) is GRANTED.

2. **The John Latorraca Correctional Facility County Sheriff, or his designee shall forward an initial payment of $7.00 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(B) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.** The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

Dated:   June 8, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE