UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYTHAN MICHAEL JONES-SLAISE,<br><br>Plaintiff,<br><br>v.<br><br>NICOLE A. SILVEIRA, et al.,<br><br>Defendants. | No. 1:23-cv-00650-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 9) |

Plaintiff Keythan Michael Jones-Slaise is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 5, 2024, the magistrate judge issued findings and recommendations, recommending dismissal of plaintiff's case for failure to state a cognizable claim for which relief could be granted. *See* Doc. 9. The findings and recommendations were served on plaintiff at his address of record and contained notice that objections to the findings and recommendations were to be filed within fourteen days. *Id*. at 10-11. Plaintiff has not filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations filed on January 5, 2024, Doc. 9, are ADOPTED IN FULL;
2. This action is DISMISSED with prejudice based on plaintiff's failure to state a cognizable claim upon which relief may be granted;
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 1, 2024

_____
UNITED STATES DISTRICT JUDGE

2